**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00373-CV

**BV ENERGY PARTNERS, LP AND BV REAL ESTATE MANAGEMENT, INC.,**
**Appellants**

**V.**

**RICHARD M. CHEATHAM, TSAR ENERGY, LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13622**

## ORDER

We **GRANT** appellees' September 8, 2014 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than October 6, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE